IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUDGE CASTEL

------------------------------x
VERRAGIO LTD.,

        Plaintiff,

    v.

VERRAGO & FELAIS, INC. and
VERRAGO,

        Defendant.
------------------------------x

07 CV 3321

Civil Action No.

RULE 7.1 DISCLOSURE
STATEMENT OF PLAINTIFF



    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for VERRAGIO LTD. (a New York Corporation) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held and/or owns 10% or more of the said party's stock:

    NONE.

                           Respectfully submitted,

                            DORSEY & WHITNEY LLP

Dated: April 25, 2007      By: _____
                            Gary Abelev (GA 7984)
                            Robert M. Wasnofski, Jr. (RW 6856)
                            Gianfranco G. Mitrione (GM 8618)
                            250 Park Avenue
                            New York, New York 10177
                            (212) 415-9200

                            Attorneys for Plaintiff,
                            VERRAGIO LTD.

4835-0157-6193\2 4/25/2007 3:29 PM