UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

VERRAGIO

       Plaintiff,

    -against-            07 CIVIL 3321 (PKC)

VERRAGO

       Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __GIANFRANCO G. MITRIONE__

[X] **Attorney**

  [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __GM 8618__

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[ ] **Law Firm/Government Agency Association**

  From: __Lathrop & Gage__

  To: __Dorsey & Whitney__

  [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[ ] Address: __Dorsey & Whitney LLP, 250 Park Avenue, New York, NY 10177__

[ ] Telephone Number: __212.415.9293__

[ ] Fax Number: __212.953-7201__

[ ] E-Mail Address: __MITRIONE.GIANFRANCO@DORSEY.COM__

Dated: __April 26, 2007__    _/s/ Gianfranco Mitrione_