UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VERRAGIO

                      Plaintiff,

            -against-

        07 CIVIL 3321 (RCC)

VERAAGO        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Robert M. Wasnofski, Jr.__

☐   *Attorney*

     ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __RW 6856__

     ☐   I am a Pro Hac Vice attorney

     ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

     From: __Baker Botts LLP__

     To: __Dorsey & Whitney LLP__

     ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

     ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐   *Address:* __250 Park Ave., New York, NY 10177__

☐   *Telephone Number:* __212 415 9244__

☐   *Fax Number:* __212 953 7201__

☐   *E-Mail Address:* __wasnofski.robert@dorsey.com__

Dated: __4/26/07__                                       _/s/ Robert Wasnofski_