| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: Gianfranco G. Mitrione, Esq. DORSEY & WHITNEY LLP 250 Park Avenue New York NY 10177 ATTORNEY FOR *(Name)*: **PLAINTIFF** | TELEPHONE NO.: 212.415.9293 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No.: 475388-00026 | |

Insert name of court and name of judicial district and branch court if any:

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

PLAINTIFF:    VERRAGIO v. VERRAGO

DEFENDANT:

| **PROOF OF SERVICE SUMMONS AND COMPLAINT** | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER: 07 CV 3321 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents)*:
Summons & Complaint
Case Cover Sheet
Rule 7.1 Disclosure Statement of Plaintiff

2. By delivery at :
  a. Address, City, State
    3101 PETERS CIRCLE, GLENDALE, CALIFORNIA  91208

3. On *(date and time)*
  (a) on *(date)*: 6/9/2007 (b)at *(time)*: 9:38 AM

4. In the COUNTY OF Los Angeles, STATE OF CALIFORNIA, on the within named entity:
    Name of Business: VERRAGO & FELAIS, INC.

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:
    Name and Title or Description: ARMEN ALAKHERYAN, AUTHORIZED AGENT FOR SERVICE OF PROCESS

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:
    Name:
    Address:

7. Person serving *(name, address and telephone No.)*:
John Keenan
O.C. CORPORATE COURIER, INC
18103 SKYPARK S. STE. B
IRVINE, CA 92614
949-474-9000

a. **Fee** for service: $235.00
b. [ ]  Not a registered California process server.
c. [ ]  Exempt from registration under B&P § 22350(b).
d. [X]  Registered California process server.
   (1) [X]  Employee or independent contractor
   (2) Registration No.:  1352 / Orange
   (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  6/11/2007

_____
(SIGNATURE)

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

VERRAGIO v. VERRAGO

# United States District Court

SOUTHERN _____ DISTRICT OF ___ NEW YORK____

VERRAGIO LTD.,

SUMMONS IN A CIVIL CASE

V.

VERRAGO & FELAIS, INC.
and VERRAGO,

CASE NUMBER:

# 07 CV 3321

## JUDGE CASTEL

TO: (Name and address of defendant)

Verrago & Felais, Inc.
9463 Gregory Way
Beverly Hills, CA 90212

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Wasnofski
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 2 5 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                       Date                                         Signature of Server

                                                     _____
                                                     Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.