# ROBBINS UMEDA & FINK, LLP

### ATTORNEYS AT LAW

BRIAN J. ROBBINS*
MARC M. UMEDA
JEFFREY P. FINK
FELIPE J. ARROYO

OF COUNSEL
BENJAMIN ROZWOOD

610 WEST ASH STREET, SUITE 1800
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 525-3990
FACSIMILE (619) 525-3991

STEVEN J. SIMERLEIN
KEVIN A. SEELY°
CAROLINE A. SCHNURER
MARK A. GOLOVACH
LOUIS A. KERKHOFF
SHANE P. SANDERS
REBECCA A. PETERSON
ASHLEY R. PALMER
JILL E. KLEMANN
DANIEL R. FORDE
ARSHAN AMIRI
JULIA M. WILLIAMS

*Admitted in CA & CT
°Admitted in CA, CNMI & Guam

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/27/07

## MEMO ENDORSED

June 27, 2007

**VIA FACSIMILIE**
(212) 8057949

Hon. P. Kevin Castel
Department 12C
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re:   *Verragio v. Verrago et al.*, Case Number 07-3321

Dear Judge Castel

I have recently been retained as counsel for defendants. I am currently trying to obtain local counsel, will then need to be admitted *pro hac vice*. I ask the court to please continue the currently scheduled rule 16 conference for this Friday, June 29, 2007 until Friday August 10, 2007 or another day convenient for the court.

Very truly yours,

JEFFREY P. FINK

*[Handwritten endorsement: Conference adjourned from June 29, 2007 to September 7, 2007 at 11:15 a.m. SO ORDERED. PKC USDJ 6-27-07]*

JPF/bg

cc:   Robert M. Wasnofski